UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PAM HALDAS, and SUFFOLK INDEPENDENT
LIVING ORGANIZATION (SILO)

                              ORDER OF DISMISSAL

    -against-                           CV-04-1592 (DRH)

BURGER BROTHERS RESTAURANT GROUP,
INC.
---------------------------------------------------------------X

       The case having been filed on April 15, 2004 and the affidavit of service having been filed on July 7, 2004, and no further activity having occurred,

       IT IS HEREBY ORDERED that the case is dismissed.

       The clerk is directed to close this case.

       SO ORDERED.

                                              /s/
                                   DENIS R. HURLEY
                              United States District Judge

Dated: Central Islip, New York
       January 31, 2006